

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

December 4, 1961

Honorable J. W. Edgar
Commissioner of Education
Texas Education Agency
Austin, Texas

Opinion No. WW-1206

Re: Construction of Subdivision 6b of Section 1 of Article 2922-14 as amended in reference to the salary of a part-time principal in two-year high school districts.

Dear Dr. Edgar:

We are in receipt of your request for opinion on the above captioned question.

Prior to amendment Subdivision 6b of Section 1 of Article 2922-14 of Vernon's Civil Statutes provided in part as follows:

"b.   Principals in Districts Having a Two-Year Accredited High School But No Four-Year Accredited High School.

"In such a district having nineteen (19) or fewer classroom teachers the designated classroom teacher who serves as part-time principal shall be paid an additional monthly salary allowance of Fifty Dollars ($50) per month, and the annual salary of such part-time principal shall be the monthly base salary plus increments multiplied by twelve (12)."

The 57th Legislature by Senate Bill No. 1 amended Section 1 of Article 2922-14 "to read hereinafter as follows:" As so amended Subdivision 6b of Section 1 of Article 2922-14 now reads as follows:

"b.   The classroom teacher who serves as part-time principal on a campus to which are assigned seven (7) or more classroom teacher units

shall receive an additional salary
allowance equal to fifteen (15%)
per cent of his salary. The annual
salary of a part-time principal
shall be the monthly base salary,
plus increments <u>multiplied by nine
and one-half (9½)</u>." (Emphasis added)

Your request informs us that the Nash Independent School District is operating a two-year high school district, and has more than seven (7) classroom teachers on its campus. The District's contention may be quoted from your letter in part as follows:

". . . It /The Nash Independent
School District/ points out that
this Agency /The Texas Education
Agency/ should not apply or construe
the phrase 'multiplied by nine and
one-half (9½)' appearing in Article
2922-14 as amended, as applying to
allocations for part-time principals
of accredited two-year high school
situations for the reason that the
prior law specifically provided for
twelve month part-time principals
and the amendatory law did not clearly
repeal the special treatment, thus
creating ambiguity in the law."

The Court in <u>International & G. N. Ry. Co. v. Bland</u>, 181 S.W.2d 504, 506 (Civ.App. 1915) states:

"It is a well-known rule of
construction that when the Legis-
lature amends an article of the
Revised Statutes by referring to it
by number, and, as in this instance,
declaring that it: 'shall herein-
after read as follows:', the article
as amended is intended by the Legis-
lature to take the place in the
Revised Statutes formerly occupied
by the superseded article. In fact,
the language quoted admits of no other
construction. . . ."

It therefore follows that the salary of the part-time principal shall be the monthly base salary, plus increments multiplied by nine and one-half (9½), as provided in said amendment.

Honorable J. W. Edgar, page 3 (WW-1206)

S U M M A R Y

Under the terms of Senate Bill No. 1, Acts 57th Leg., 2d C.S., 1961, Subdivision 6b of Section 1 of Article 2922-14 has been amended, and the annual salary of a part-time principal shall be the monthly base salary, plus increments multiplied by nine and one-half ($9\frac{1}{2}$), as provided in said amendment.

Yours very truly,

WILL WILSON
Attorney General of Texas

By Fred D. Ward
Fred D. Ward
Assistant

FDW:lgh

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Charles R. Lind
Joseph Trimble
Pat Bailey
Elmer McVey

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Houghton Brownlee, Jr.